# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

ANGELA MARIE LARSON,

        Plaintiff,

v.                             Case No.: 25-CV-82

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

## ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

The parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 18.) The court now GRANTS the motion.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand this matter to an ALJ.

On remand, the ALJ will proceed through the sequential disability evaluation process as appropriate, including reconsidering Plaintiff's subjective allegations,

and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert evidence.

Dated at Green Bay, Wisconsin this 21st day of July, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge