**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**ANGELA MARIE LARSON,**
**Plaintiff,**

**v.** **Case No. 25-CV-82**

**FRANK J. BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**

# ORDER

This matter coming before the court on the parties' stipulated motion for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised, Plaintiff is awarded $8,500 (eight-thousand and five-hundred dollars) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to DAVID F. CHERMOL, pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

David F. Chermol
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 5th day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge